**WINKAL HOLDINGS, LLC,**
Plaintiff–Appellant,

v.

**JPMORGAN CHASE BANK,**
Defendant–Appellee,

Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank, Intervenor–Defendant–Appellee.

Elba, Inc.; Sierra Slover, LLC, Plaintiffs–Appellants,

v.

JPMorgan Chase Bank, National Association, Defendant–Appellee,

and

Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Intervenor–Appellee.

Nos. 11–55807, 11–56817.

United States Court of Appeals, Ninth Circuit.

---

Submitted Jan. 8, 2013.*

Filed Jan. 22, 2013.

Roy Kemp Kasling, Kasling Hemphill Dolezal & Atwell, LLP, Austin, TX, Joseph C. Markowitz, Esquire, Law Offices of Joseph C. Markowitz, Los Angeles, CA, for Plaintiff–Appellant.

Brian Mahan Jazaeri, Esquire, Lisa Veasman, Esquire, Counsel, Kathleen Alyce Waters, Esquire, Morgan, Lewis & Bockius LLP, Los Angeles, CA, for Defendant–Appellee.

Joan M. Cotkin, Esquire, Senior Trial, Terry C. Leuin, Nossaman LLP, Los Angeles, CA, Joseph Brooks, FDIC–Federal Deposit Insurance Corporation, Arlington, VA, for Intervenor–Defendant–Appellee.

Before: KOZINSKI, Chief Judge, McKEOWN and M. SMITH, Circuit Judges.

MEMORANDUM **

Winkal and Elba's claims both fail under our holding in *GECCMC 2005–C1 Plummer St. Office Ltd. P'ship v. JPMorgan Chase Bank, Nat'l Ass'n*, 671 F.3d 1027 (9th Cir.2012). Because the appellants are not intended third-party beneficiaries of the Purchase and Assumption Agreement between JPMorgan Chase Bank and the FDIC, they have no right under the federal common law to enforce the terms of the contract against Chase. *See id.* at 1032–35.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

